Mr. Oliver K. Hughes #1934487
"Robertson Unit" (TDCJ)
12071 F.M. 3522
Abilene, Tx. 79601

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 1 4 2015

CHRISTOPHER A. PRINE
CLERK _____

Mr. Chirstopher A Prine
Court of Appeals First District
301 Fannin St.
Haiston, Tx. 77002-2066

Re: Court of Appeals Number: 01-14-00173-CR
Trial Court Case Number: 1348998

Dear
Mr. Prine
The Reason I'm write this Correspondance is Inlieu of the (Affirming) of the Appellant's Conviction for the Charge of "Aggravated Robbery" in the (339th District Court of Harris County Texas.) The Appellant humblly submits this Request to your office for the "Court of Appeals" to provide a Copy of the (Opinion) That was "handed down by the Justice(s) in (Affirming) said Conviction". Reasons Stated:

① The Appellant does not have (Access) to a Computer mainframe, or Copy machine.

② The Appellant is currently Incarcerated in the "Tx. Dept. of Crim. Justice".

③ The (Inmate Law Library) at Robertson Unit, located in Abilene, Tx. does not make copy's of legal documents for inmates.

AS a pratical matter, the (Supervising Librarian) one Mr. Robert E. Baker who run's the (Law Library) at "Robertson unit" can confirm this! Out of the "Abundance of Caution", the phone no.# is (325)-548-9035, (TDCJ) "Robertson unit," Abilene, Tx. 79601. Office hours are 9:AM to 4:30 P.M. The "Synopsis" of my request is this Sir, can you please send me a copy of the (opinion) affirming the Appellant's Conviction, too forward to the "Clerck of Criminal Appeals in Austin, Tx. Namely one Mr. Abel Acosta, Clerck for the "Court of Criminal Appeals in Austin, Tx.

Humblly Submitted
Mr. Oliver K. Hughes

Thank you in Advance.

Mr. Oliver K. Hughes #1894187 (4D-15-T.)
"Robert Saw Unit" (TDCJ)
18071 F.M. 3522
Abilene, TX. 79601

ABILENE TX 796

11 MAY 2015 PM 1 L

Mr. Christopher A. Prine 1st Dist.
Clerk of the Court of Appeals
301 Fannin St.
Houston, Tx. 77002-2006

77002+2066

RECEIVED APPEALS
COURT OF TEXAS
FIRST COURT, HOUSTON, TEXAS

MAY 1 4 2015

CHRISTOPHER A. PRINE
CLERK